# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12cv247

| | |
|---|---|
| TUCKER MATERIALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SAFESOUND ACOUSTICS, INC., ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

Pending before the Court are three Motions for Special Admission [# 3, #4, & # 6] filed by counsel for Plaintiff. Plaintiff moves for the special admission of three attorneys pursuant to Local Rule 83.1(B). As a threshold matter, Local Rule 83.1(B) addresses neither *pro hac vice* nor special admissions, both are governed by Local Rule 83.1(D). Additionally, although the motions request the special admission of the three attorneys, it appears that the actual relief sought is *pro hac vice* admission because the attorneys have associated with local counsel. Accordingly, the Court will construe the pending motions as requests for *pro hac vice* admission as opposed to the requests for special admission.

Upon a review of the motions, it appears that William R. Wildman, Joshua A. Mayers, and James R. McGibbon are all members in good standing with the Georgia Bar and will be appearing with E. Thomas Holman, a member in good

standing with the Bar of this Court. In addition, each of the attorneys has paid the requisite admission fees. Accordingly, the Court **GRANTS** the Motions [# 3, # 4, & # 5]. The Court **ADMITS** William R. Wildman, Joshua A. Mayers, and James R. McGibbon to practice *pro hac vice* before the Court while associated with local counsel.

Signed: August 16, 2012

Dennis L. Howell
United States Magistrate Judge